JAMES HALLAS, Appellant, *v.* NORTH RIVER INSURANCE COMPANY OF NEW YORK, Respondent.

JAMES HALLAS, Appellant, *v.* COSMOPOLITAN MUTUAL FIRE INSURANCE COMPANY OF NEW YORK, Respondent.

Submitted March 3, 1952; decided March 13, 1952.

*Samuel A. Berger* for motion to dismiss appeal.

*Frederick W. Scholem* and *Hyman Goldman* for motion for leave to prosecute appeals as a poor person and in opposition to motion to dismiss appeal.

Motion to dismiss appeals denied.

Motion for leave to prosecute appeals as a poor person granted.